SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Bvld., Ste. 200
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Carol Cone

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROL CONE, <br><br> Plaintiff, <br><br> v. <br><br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br><br> Defendants. | Case No.: 3:16-CV-06359-WHO <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

      **PLEASE TAKE NOTICE THAT** plaintiff Carol Cone and defendant Experian

Information Solutions, Inc. have reached a settlement in principle of the above captioned case

and are in the process of documenting said settlement.  The parties believe the settlement will be

finalized within 30 days.


Dated:   April 30, 2018

                                     **Sagaria Law, P.C.**
                                     /s/ *Elliot Gale*
                                     Elliot Gale
                                     Attorneys for Plaintiff
                                     Dorothy Smith