UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL CONE,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Case No. 3:16-cv-06359-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 67 |

Plaintiff Carol Cone filed a notice that she and the only remaining defendant, Experian Information Solutions, Inc., are in the process of finalizing a settlement. Dkt. No. 67. This appears to be the last remaining case in a series of related cases (16-cv-5689, 16-cv-5702, 16-cv-5715, 16-cv-6318, 16-cv-6358, 17-cv-0499).

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED, including the pre-trial conference and trial dates. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: May 1, 2018

William H. Orrick
United States District Judge